UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: JEFFERY LAMAR JOHNSON
MELINDA ANITA JOHNSON

CHAPTER 11
CASE NO.: 19-50170-KKS

Debtor.
_____/

**OBJECTION TO CLAIM# 3 OF DLI ASSETS BRAVO, LLC**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within **thirty (30) days** from the date set forth on the proof of service plus an additional three (3) days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).
>
> If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, Florida 32301, and serve a copy on the movant's attorney, Charles M. Wynn Law Offices, P.A., P.O. Box 146, Marianna, FL 32447, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing
>
> If you do not file a response within the time period permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.
> n without further notice or hearing, and may grant the relief requested.

COMES NOW the Debtors, JEFFERY LAMAR JOHNSON & MELINDA ANITA JOHNSON , by and through their undersigned attorney, and objects to claim # 3 of DLI ASSETS BRAVO, LLC, and state as follows:

1. DLI ASSETS BRAVO, LLC filed Claim # 3 on January 7, 2020, in the amount of

$268,391.10.

2. The claim of DLI ASSETS BRAVO, LLC (DLI) is a duplicate claim. DLI filed the same claim in Johnson Quality Lawncare, Inc. case no. 19-50171-KKS and there is no showing of a personal guaranty.

WHEREFORE the Debtors pray that Proof of Claim # 3 of DLI ASSETS BRAVO, LLC in the amount of $268,391.10 be disallowed.

Submitted this __16__ day of March, 2020

                              **CHARLES M. WYNN LAW OFFICES, PA**

                              /s/_Charles M. Wynn/ Michael A. Wynn_

                              ____Charles M. Wynn, Esq.
FL Bar. # 0241695
____Michael A. Wynn, Esq.
FL Bar #112300
4436 Clinton Street
PO Box 146
Marianna, FL   32447
Telephone: (850) 526-3520
Fax: (850) 526-5210
E-Mail: Charles@Wynnlaw-fl.com
Secondary E-Mail: Court@Wynnlaw-fl.com