B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Florida

In re  Jeffery Lamar Johnson, et al          ,          Case No.  19-50170-KKS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DL Global, Ltd. | DLI Assets Bravo, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Roland W. Kiehn, Esq.
P.O. Box 2467, Panama City, FL 32402

Court Claim # (if known): ___3___
Amount of Claim: ___$268,391.10___
Date Claim Filed: ___01/07/2020___

Phone: 850-785-7454
Last Four Digits of Acct #: ___5195___

Phone: _____
Last Four Digits of Acct. #: ___5195___

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_          Date: 04/16/2020
   Transferee/Transferee's Agent
Eliot S. Kang
Title: INMOST DISCOVERY CAPITAL, LLC
   Security Agent for DL Global, Ltd.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.